**Electronically Filed
Supreme Court
SCWC-15-0000949
04-DEC-2019
08:08 AM**

SCWC-15-0000949

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WINDWARD CHRISTIAN CHURCH, previously known as
First Baptist Church-Windward, and ALAN BROWN,
Petitioners/Plaintiffs-Appellants,

vs.

ONE LOVE MINISTRIES, BOB HAMILTON,
DAVID TIPTON, KALO TV, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000949; CIVIL NO. 13-1-2905-10)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Windward Christian

Church and Alan Brown's application for writ of certiorari filed

on October 14, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, December 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

